**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gary R. Wesley <br>                         <u>Debtor</u> <br><br> MIDFIRST BANK <br>                       <u>Moving Party</u> <br>     vs. <br><br> Gary R. Wesley <br>                         <u>Debtor</u> <br><br> and William C. Miller Esq. <br>                         <u>Trustee</u> | Chapter 13 <br><br><br> NO. 13-19678 AMC <br><br><br> 11 U.S.C. Section 362 |

**<u>CERTIFICATION OF DEFAULT</u>**

    I, Kevin G. McDonald, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation entered on April 12, 2016 Document No. 37. It is further certified that the attached notice dated February 13, 2018 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                                                      **<u>/s/ Kevin G. McDonald, Esquire</u>**
                                                      Kevin G. McDonald, Esquire
                                                      kmcdonadl@kmllawgroup.com
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106-1532
                                                      (215) 627-1322
                                                      Attorneys for Movant/Applicant

March 1, 2018