*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary R. Wesley
    Debtor(s)

Case No: 13–19678–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of Default filed by Midfirst Bank and response filed by counsel for the debtor

    on: 4/3/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/6/18

Timothy B. McGrath
Clerk of Court

46 – 44, 45
Form 167