United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary R. Wesley  
     Debtor

Case No. 13-19678-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Mar 06, 2018  
                        Form ID: 167      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.  
db          +Gary R. Wesley,    322 E. Woodlyn Circle,    Woodlyn, PA 19094-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:

         BRAD J. SADEK    on behalf of Debtor Gary R. Wesley brad@sadeklaw.com,  bradsadek@gmail.com  
         CHRISOVALANTE FLIAKOS    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com  
         KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK KMcDonald@blankrome.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CITIMORTGAGE, INC. mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                   TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary R. Wesley
    Debtor(s)

Case No: 13−19678−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certificate of Default filed by Midfirst Bank and response filed by counsel for the debtor

    on: 4/3/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/6/18

Timothy B. McGrath
Clerk of Court

46 − 44, 45
Form 167