# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary R. Wesley <br>                 Debtor <br><br> MIDFIRST BANK <br>                 Movant <br>     vs. <br><br> Gary R. Wesley <br>                 Debtor <br><br> William C. Miller Esq. <br>                 Trustee | CHAPTER 13 <br><br><br> NO. 13-19678 AMC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Certification of Default of MIDFIRST BANK, which was filed with the Court on or about March 1, 2018 (Document No. 44).

                                                      Respectfully submitted,

                                                      **/s/ Kevin G. McDonald, Esquire**
                                                      Kevin G. McDonald, Esquire
                                                      Attorney for Movant
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322

June 29, 2018