Certificate Number: 03088-PAE-DE-022810852

Bankruptcy Case Number: 13-19678



03088-PAE-DE-022810852

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2014, at 7:05 o'clock PM CST, Gary R Wesley completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 19, 2014            By:    /s/David Nungesser

                                     Name:  David Nungesser

                                     Title: Counselor